Same case below, 414 Fed. Appx. 65.

No. 11-5050. John Leonard Corbin, Petitioner v. Franklin J. Tennis, Superintendent, State Correctional Institution at Rockview, et al.

565 U.S. 887, 132 S. Ct. 263, 181 L. Ed. 2d 154, 2011 U.S. LEXIS 5452.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

No. 11-5051. Phillip T. Ricker, Petitioner v. P. Finander, et al.

565 U.S. 887, 132 S. Ct. 263, 181 L. Ed. 2d 154, 2011 U.S. LEXIS 5274.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

No. 11-5052. John Moses Schoppe-Rico, Petitioner v. California.

565 U.S. 887, 132 S. Ct. 263, 181 L. Ed. 2d 154, 2011 U.S. LEXIS 5848.

October 3, 2011. Petition for writ of certiorari to the Supreme Court of California denied.

No. 11-5053. Steve A. Reed, Petitioner v. Patrick R. Donahoe, Postmaster General.

565 U.S. 887, 132 S. Ct. 263, 181 L. Ed. 2d 154, 2011 U.S. LEXIS 5213.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

No. 11-5054. Nathan Rollins, Petitioner v. Burl Cain, Warden, et al.

565 U.S. 887, 132 S. Ct. 263, 181 L. Ed. 2d 154, 2011 U.S. LEXIS 5246.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

No. 11-5055. Thomas J. Wozniak, Petitioner v. Edward M. Graham, et al.

565 U.S. 887, 132 S. Ct. 263, 181 L. Ed. 2d 154, 2011 U.S. LEXIS 5650.

October 3, 2011. Petition for writ of certiorari to the Supreme Court of Ohio denied.

Same case below, 127 Ohio St. 3d 1503, 939 N.E.2d 1266.

No. 11-5057. Brian Edward Preston, Petitioner v. Texas, et al.

565 U.S. 887, 132 S. Ct. 264, 181 L. Ed. 2d 154, 2011 U.S. LEXIS 5410.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

No. 11-5059. Matthew Bryant, Petitioner v. Mary Berghuis, Warden.

565 U.S. 887, 132 S. Ct. 264, 181 L. Ed. 2d 154, 2011 U.S. LEXIS 5844.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.